UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS A. GONZALEZ, *et al.*,
                Plaintiffs,

-v-

AMARO ACEVEDO FOLIA, *et al.*,
                Defendants.

25-CV-851 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants, having removed this case from State Court of New York, Supreme Court of Bronx County, invoke this Court's diversity and removal jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441. However, the notice of removal does not adequately demonstrate the Court's original subject matter jurisdiction under § 1332, as is required by § 1441, because it does not allege the citizenship of each of the members of DH Investors LLC. The principal place of business and state of registration of a limited liability company are not relevant to the question of diversity of citizenship under § 1332. Rather, for purposes of diversity jurisdiction, an LLC has the citizenship of each of its members. *See ICON MW, LLC v. Hofmeister*, 950 F. Supp. 2d 544, 546 (S.D.N.Y. 2013) (citing *Bayerische Landesbank v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012)).

    Accordingly, Defendants are ORDERED to, no later than February 14, 2025, inform the Court of the citizenship of every member of DH Investors LLC at the time this action was removed.

    SO ORDERED.

Dated: January 30, 2025
       New York, New York

                                                              J. PAUL OETKEN
                                                               United States District Judge