UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS A. GONZALEZ, *et al.*,
                        Plaintiffs,

-v-

AMARO ACEVEDO FOLIA, *et al.*,
                        Defendants.

25-CV-851 (JPO)

25-CV-1059 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    As stated in the telephone conference, the deadline for fact discovery is extended to September 5, 2025. The parties are directed to file a joint status letter no later than September 5, 2025. The deadline for expert discovery is extended to December 1, 2025.

    Pursuant to Federal Rule of Civil Procedure 42(a), the parties' joint letter motion to consolidate *Gonzalez v. Folia*, 25-CV-851 and *Martinez v. Folia*, 25-CV-1059 is GRANTED. The two actions are hereby consolidated for all purposes into one action under case number 25-CV-851, with the caption *Gonzalez v. Folia*. All filings in the member case shall be in the lead case, 25-CV-851. Despite such consolidation, the consolidated cases "retain their separate identities." *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018). For administrative purposes, the Clerk of Court is directed to close the second-filed case, 25-CV-1059. This order does not affect the rights of the parties in any of the consolidated cases.

    SO ORDERED.

Dated: June 6, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge