# KAHANA:FELD

September 10, 2025

**VIA EFILE**

Honorable Judge J. Paul Oetken
USDC, Southern District of New York

MEMORANDUM ENDORSED

Re:   *Giovannie Lennex Martinez v DH Investors LLC, et al.*
      *Gonzalez et al v. Folia et al.* USDC Southern District of New York
      Case No: 1:25-cv-00851
      Date of Loss:  11/17/2023

Dear Hon. Oetken:

Please accept this joint letter as a request for an adjournment of the Settlement Conference of September 16, 2025, at 2:30 p.m. in the above captioned matter.  This office represents Defendants DH Investors LLC and Amaro A. Folia.

On August 25, 2025, the Court granted the parties request for an extension of fact discovery through October 20, 2025. (Dkt. 25). As the Court is aware, the parties have scheduled depositions of Plaintiff Gonzalez and Defendant Folia for September 22, 2025, and October 1, 2025, respectively. (Dkt. 24).

An adjournment would permit the parties to obtain additional liability and damages information that would make the conference more fruitful for a later date.  The parties require more time to prepare for the Settlement Conference due to key party depositions will not be available on or before 9/16/25.  The parties are available for the Settlement Conference on October 29, 2025.

All parties consent to the brief adjournment of the Settlement Conference.  The parties thank the Court for its courtesy.

Yours, etc.

*[signature]*

_____
Kalliopi P. Kousis, Esq.
KAHANA & FELD LLP
Attorneys for DH Investors LLC and Amaro A. Folia
800 Third Avenue, Sixteenth Floor
New York, New York  10022
917-590-1280
kkousis@kahanafeld.com

CC:
Michael Simon, Esq. (Via Email MSimon@kglawteam.com )
Joshua Lockamy, Esq. (Via Email lockamylegal@gmail.com ;solmiranda@lockamyandassociates.com )

The settlement conference is adjourned to October 29, 2025, at 10:00 a.m.  Submissions are due October 23, 2025.  In the future, the parties must comply with Docket # 23 in making any application relating to the settlement conference and must address that application to the undersigned.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 11, 2025

**New York City**   Irvine   Phoenix   Walnut Creek   Houston   San Diego   Los Angeles   Buffalo   Connecticut   New Jersey   Rio Grande Valley   Dallas   Austin  800 Third Street 16th Floor New York, New York 10022-7601•  917.590.1280   •

kahanafeld.com