UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS A. GONZALEZ, *et al.*,

                                Plaintiffs,

                    -v-

AMARO ACEVEDO FOLIA, *et al.*,

                                Defendants.

25-CV-851 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

A jury trial on liability in this case commenced on April 13, 2026.  On April 14, 2026, the

jury returned a verdict in favor of Defendants.  Accordingly, the Clerk of Court is directed to

enter judgment in favor of Defendants and to close this case.

SO ORDERED.

Dated: April 15, 2026
       New York, New York

_____
        J. PAUL OETKEN
    United States District Judge