**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
 LUIS A. GONZALEZ, *et al.*,

                                Plaintiff,

            -against-                                    25 **CIVIL** 00851 (JPO)

                                                         **JUDGMENT**

AMARO ACEVEDO FOLIA, *et al.*,

                                Defendants.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 15, 2026, A jury trial on liability in this case commenced

on April 13, 2026. On April 14, 2026, the jury returned a verdict in favor of Defendants.

Judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

        April 17, 2026

                                               **TAMMI M. HELLWIG**
                                    _____
                                               **Clerk of Court**

                            **BY:**
                                    _____
                                               **Deputy Clerk**